COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Guamnetta M. Briggs v. Bank of America, N.A. and Federal National
                         Mortgage Association

Appellate case number:   01-14-00262-CV

Trial court case number: 2010-CI-13120

Trial court:             313st District Court of Bexar County

On March 17, 2014, appellant, Guamnetta Briggs, filed an affidavit of indigence in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On April 8, 2014, the Clerk of this Court directed the district court clerk to prepare, certify, and file with this Court, without advancement payment of costs, a clerk's record on indigence. On April 23, 2014, the district clerk filed a clerk's record on indigence, reflecting that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                         ☒ Acting individually     ☐ Acting for the Court

Date: May 13, 2014